In the Matter of the Claim of NELLIE FAULKNER, Appellant, against STRATTON-AMSTERDAM CORPORATION et al, Respondents.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — salesman killed on road between place of employment and home — sufficiency of evidence that accident arose out of employment.*

*Matter of Faulkner* v. *Stratton-Amsterdam Corp.*, 217 App. Div. 806, reversed.

(Argued March 29, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 5, 1926, which reversed an award of the State Industrial Board made under the Workmen's Compensation Law and dismissed the claim. Claimant's husband, an automobile salesman, was killed by the overturning of his automobile on one of two roads between his place of employment and his home. He had in his pocket a memorandum of the names of certain persons who lived along the road on which he was traveling, and an award was made upon the theory that he intended to call on prospective customers on his way home. The Appellate Division dismissed the claim on the ground that there was no evidence that the accident arose out of the employment.

*Charles S. Knight* for appellant.

*F. A. W. Ireland* and *William S. Pendleton* for respondent.

*Albert Ottinger,* Attorney-General, for State Industrial Board, respondent.

Order of Appellate Division reversed and award confirmed, with costs in this court and Appellate Division, upon the ground that there is evidence that the accident arose out of and in the course of employment.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.